**Lena Smith, Plaintiff-Appellant, v. Frank P. Smith, Defendant-Appellee.**

**Gen. No. 11,129. (Abstract of Decision.)**

Fourth District.

February 2, 1970.

John A. Lambright, of Danville, for appellant; no appearance for appellee. Opinion by PRESIDING JUSTICE CRAVEN. **Not to be published in full.**